1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   ANGEL FERNANDEZ,

11                    Petitioner,

12          v.

13   RONALD FRAKER,

14                    Respondent.

CASE NO. C12-5426 RBL-JRC

ORDER DIRECTING SERVICE
AND RETURN, §2254 PETITION

15          (l)     The clerk shall arrange for service by certified mail upon respondent and the

16   Attorney General for the State of Washington, copies of the petition, all documents in support

17   thereof.  All costs of service shall be advanced by the United States.  The Clerk shall assemble

18   the necessary documents to effect service.

19          (2)     Within forty-five (45) days after such service, respondent(s) shall file and serve

20   an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States

     District Courts.  As part of such answer, respondent(s) should state whether petitioner has

21   exhausted available state remedies, whether an evidentiary hearing is necessary, and whether

22   there is any issue of abuse or delay under Rule 9.  Respondent(s) shall file the answer with the

23   Clerk of the Court and serve a copy of the answer upon petitioner.

24

1     (3)  The answer will be treated in accordance with Local Rule CR 7.  Accordingly,

2   upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday

3   after the answer is filed, petitioner may file and serve a response not later than on the Monday

4   immediately preceding the Friday appointed for consideration of the matter, and respondent my

5   file and serve a reply brief not later than on the Thursday immediately preceding the Friday

6   designated for consideration of the matter.

   DATED this 15th day of May, 2012.

7

8

9   _J. R. Creatura (signature)_

     J. Richard Creatura

10       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24